UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:23-cr-38

JORDAN LEWIS COOK,

    HON. JANE M. BECKERING

    Defendant.
_____/

### ORDER REGARDING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on September 8, 2023 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 20) is approved and adopted in part and held in abeyance in part; specifically, the Court holds in abeyance the Magistrate Judge's recommendation to reject Paragraph 12 of the Plea Agreement, which contains the so-called "Hyde Waiver," but otherwise approves and adopts the remainder of the Report and Recommendation as the Opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the single-count Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

**IT IS FURTHER ORDERED** that the parties shall, at or before the sentencing hearing, address the Magistrate Judge's recommendation to reject Paragraph 12 of the Plea Agreement.

Dated: September 29, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge